**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TYBRIN CORPORATION,
a Florida corporation,

      Plaintiff,

      v.                                  Case No.: 3:07cv360/RV/MD

DAVID A. BARR,

      Defendant.
_____/

**ORDER**

      There are two motions now pending before the court. First, is the plaintiff's motion for default judgment. Previously, I entered an order setting aside the clerk's entry of default in this matter. Therefore, the plaintiff's motion for default judgment (doc. 81) is DENIED as moot. Next is the defendant's *nunc pro tunc* motion for extension to file an answer to the plaintiff's complaint. The defendant has attached to his motion a copy of the proposed answer. This motion (doc. 82) is GRANTED, and the attached answer will be deemed filed as of the date of this order.[1]

      DONE and ORDERED this 21st day of December, 2007.

                                              /*Roger Vinson*
                                             **ROGER VINSON
                                             Senior United States District Judge**

---

[1] As noted in my order setting aside the clerk's entry of default, I will consider separately whether the defendant's attorney should be sanctioned for not filing a timely answer.